**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**CHELSEA L. DAVIS,**

**V.**

**MCKOOL SMITH P.C., GECESC ASSOCIATES LLC**

                                                  **Civ. Action No. 3:14-CV-03962-P**

**CERTIFICATE OF SERVICE**

TO THE HONORABLE PRESIDING JUDGE:

    I, Chelsea L. Davis, the licensed attorney issued ATTORNEY TX BAR NO. 24059652, am over 18 years old and competent to make this affidavit and certificate of service. I hereby swear on my oath subject to penalty of perjury and certify on my law license that I transmitted a single pdf document containing the summons, complaint and notice of electronic filing of the complaint to McKool Smith P.C. on this the 10th day of November by facsimile to 214-978-4044, the fax number for McKool Smith P.C. and 214-939-2090, the fax number for Don Colleluori and Erin Dwyer, attorneys for McKool Smith P.C. My facsimile was rejected.

    On Monday, Nov. 10, 2014, I sent by email the notice of electronic filing, complaint and issued summonses as a single document to the following email addresses: sbaxter@mckoolsmith.com, the email of Samuel Baxter, a shareholder and licensed attorney for McKool Smith P.C. and likely GECESC Associates, gweden@mckoolsmith.com, registered agent for McKool Smith P.C., don.colleluori@figdav.com, and erin.dwyer@figdav.com,

attorneys of record for McKool Smith P.C.  I also sent the same to Thomas Crisman and Thomas Graves, attorneys and officers of GECESC Associates LLC.

On Friday, Nov. 7, 2014, I sent by email the notice of electronic filing and complaint (which included summonses) to the following email addresses:

>  Don Colleluori <don.colleluori@figdav.com>,
> Erin Dwyer <erin.dwyer@figdav.com>,
> Ken Stone <kstone@grayreed.com>,
> Jamie Ribman <jribman@lrmlaw.com>,
> Dawn Smith <dawn@clinesmithwootensmith.com>,
> Chris Knox <chrisknox@knoxcriminaldefense.com>,
> Jeff Hall <jthallesq@gmail.com>,
> "vlewis@gibsondunn.com" <vlewis@gibsondunn.com>,
> "Lawrence J. Friedman" <lfriedman@fflawoffice.com>,
> Rob Miller <rmiller@miller-brown.com>,
> Chelsea Davis PC <cdavis@chelseadavispc.com>,
> Rod Phelan <rod.phelan@bakerbotts.com>,
> cherring@herring-irwin.com,
> "rwells@abernathy-law.com" <rwells@abernathy-law.com>,
> Angie Bain <abain@gbfamilylaw.com>,
> Brian Lidji <blidji@ldhlaw.com>,
> "dminter@foxrothschild.com" <DMinter@foxrothschild.com>,
> "wdawson@gibsondunn.com" <wdawson@gibsondunn.com>,
> bwilliams@gibsondunn.com,
> george.lamb@bakerbotts.com,
> "trevor.jefferies@aporter.com" <trevor.jefferies@aporter.com>,
> "Griffith, Vanessa M." <vgriffith@velaw.com>,
> John McKey <jmckey@kendalllawgroup.com>,
> Levi McCathern <lmccathern@mccathernlaw.com>,
> "lstevens@lstevenslaw.com" <lstevens@lstevenslaw.com>,
> nallen@jonesallen.com,
> ljones@jonesallen.com,
> "Ben C. Martin" <ben@bencmartin.com>

My facsimile was rejected. Then, I  that there is a pending related case in the United States District Court for the Northern District of Texas, styled *Chelsea L. Davis v. McKool Smith P.C.; BOC,* Civ. Action No. 3:14-cv-0056-B.

Attached hereto are the Notices of electronic filing for the summonses (Doc. ID 1874c0de-a5c1-40ff-b2a8-18caefc680ba) and complaint (Doc. ID 17718567550).

Dated:  Nov. 10, 2014          Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
TX Bar No. 24059652
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

# CERTIFICATE OF SERVICE

I hereby certify that I sent the above document to counsel for McKool Smith P.C., at Figari & Davenport, 901 Main St. Ste. 3400, Dallas, TX 75201 by electronic filing service provider to and will copy to additional counsel, including counsel listed below, who may have an interest in the outcome, in accordance with the federal rules of civil procedure.

| | |
|---|---|
| Dated: Nov. 10, 2014 | /s/Chelsea L. Davis<br>Chelsea L. Davis, pro-se<br>TX Bar No. 24059652<br>25 Highland Park Vlg., Ste. 100-830<br>Dallas, TX 75205<br>Telephone: (469) 426-5850<br>Facsimile: (469) 533-0466<br>cdavis@chelseadavispc.com |

   **ADDITIONAL COUNSEL 1.**  Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

   **ADDITIONAL COUNSEL 2.**  Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

   **ADDITIONAL COUNSEL 3.**  Gray Reed & McGraw P.C. (*and* Looper Reed
  & McGraw)
KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

**ADDITIONAL COUNSEL 4.**     Jeff Hall

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

**ADDITIONAL COUNSEL 5.**     FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

**ADDITIONAL COUNSEL 6.**     MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

**ADDITIONAL COUNSEL 7.**     Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

**ADDITIONAL COUNSEL 8.**     Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100

Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

|  | **ADDITIONAL COUNSEL 9.** | Abernathy, Roeder, Boyd & Joplin, P.C. |
|---|---|---|

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

|  | **ADDITIONAL COUNSEL 10.** | Figari & Davenport LLC |
|---|---|---|

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

|  | **ADDITIONAL COUNSEL 11.** | Herring & Irwin |
|---|---|---|

CHARLES HERRING
cherring@herring-irwin.com

|  | **ADDITIONAL COUNSEL 12.** | Clinesmith Wooten Smith |
|---|---|---|

Dawn Smith
dawn@clinesmithwootensmith.com

|  | **ADDITIONAL COUNSEL 13.** | Law Office of Chris Knox |
|---|---|---|

Chris Knox
chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX 75202
Phone: 214-741-7474

|  | **ADDITIONAL COUNSEL 14.** | Law Office of Nicole Knox |
|---|---|---|

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX 75204
Phone: 214-740-9955

|  | **ADDITIONAL COUNSEL 15.** | Law Office of Bill Knox |
|---|---|---|

William T. "Bill" Knox
900 Jackson St Ste 650

Dallas, TX  75202
Phone: 214-522-0000

       **ADDITIONAL COUNSEL 16.**    Baker Botts LLP

George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com

       **ADDITIONAL COUNSEL 17.**    ROYCE WEST

Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399

# Complaints and Other Initiating Documents
## 3:14-cv-03962 Davis v. McKool Smith PC et al

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Davis, Chelsea on 11/7/2014 at 5:26 PM CST and filed on 11/7/2014

**Case Name:** Davis v. McKool Smith PC et al
**Case Number:** 3:14-cv-03962-P
**Filer:** McKool Smith PC
Chelsea Lynn Davis
GECESC Associates LLC
**Document Number:** 1
**Judge Assigned:** Jorge A Solis (presiding)

**Docket Text:**
**COMPLAINT WITH JURY DEMAND against McKool Smith PC, GECESC Associates LLC filed by McKool Smith PC, Chelsea Lynn Davis, GECESC Associates LLC. (Filer fee note- Clerk to add prior fee payment info here.) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Davis, Chelsea)**

**3:14-cv-03962-P Notice has been electronically mailed to:**

Chelsea L Davis    cdavis@chelseadavispc.com

**3:14-cv-03962-P The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=11/7/2014] [FileNumber=8070079-0
] [e30c2dcb674a7375f657da4e8caab72dace6173c163608d55170ce3a5f1e8e1c465
5353dc38175222b0132275908cae207bf734317deda9061ba81f18935b077]]



Chelsea Davis <cdavis@chelseadavispc.com>

## Activity in Case 3:14-cv-03962-P Davis v. McKool Smith PC et al Summons Issued
1 message

---

**ecf_txnd@txnd.uscourts.gov** <ecf_txnd@txnd.uscourts.gov>  Mon, Nov 10, 2014 at 8:20 AM
To: Courtmail@txnd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 11/10/2014 at 8:20 AM CST and filed on 11/10/2014
**Case Name:** Davis v. McKool Smith PC et al
**Case Number:** 3:14-cv-03962-P
**Filer:**
**Document Number:** 3

**Docket Text:**
## Summons Issued as to GECESC Associates LLC, McKool Smith PC. (skt)

**3:14-cv-03962-P Notice has been electronically mailed to:**

Chelsea L Davis  cdavis@chelseadavispc.com

**3:14-cv-03962-P** The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1004035775 [Date=11/10/2014] [FileNumber=8070376-
0] [64daa66baabacd6d8601cc0452026416e1bba88ea91b3666c18e2c1532b8a35016
afa7090a2b30e623df6e0d82dc7802031ee50e0d0169ed60d2b46880409902]]