IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA L. DAVIS

V.

MCKOOL SMITH P.C.; GECESC ASSOCIATES LLC

Civ. Action No. 3:14-CV-3962-P

TO THE HONORABLE PRESIDING JUDGE:

## JURY DEMAND

Chelsea Davis demands a jury trial and objects to referral to a magistrate judge.

Dated: Nov. 10, 2014

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
TX Bar No. 24059652
[REDACTED]
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

# CERTIFICATE OF SERVICE

I hereby certify that I sent the above document to counsel for McKool Smith P.C., at Figari & Davenport, 901 Main St. Ste. 3400, Dallas, TX 75201 by electronic filing service provider to don.colleluori@figdav.com and erin.dwyer@figdav.com and will copy to additional counsel, including counsel listed below, who may have an interest in the outcome, in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: Nov. 10, 2014 | /s/Chelsea L. Davis |
| | Chelsea L. Davis, pro-se |
| | TX Bar No. 24059652 |
| | [REDACTED] |
| | Princeton, TX 75407 |
| | Telephone: (469) 426-5850 |
| | Facsimile: (469) 533-0466 |
| | cdavis@chelseadavispc.com |

**ADDITIONAL COUNSEL 1.**    Lidji Dorey & Hooper

Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

**ADDITIONAL COUNSEL 2.**    Goranson Bain PLLC

ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

**ADDITIONAL COUNSEL 3.**    Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw)

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com

jribman@grayreed.com

        **ADDITIONAL COUNSEL 4.**    Jeff Hall

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

        **ADDITIONAL COUNSEL 5.**    FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

        **ADDITIONAL COUNSEL 6.**    MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

        **ADDITIONAL COUNSEL 7.**    Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

        **ADDITIONAL COUNSEL 8.**    Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue

Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

**ADDITIONAL COUNSEL 9.** Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

**ADDITIONAL COUNSEL 10.** Figari & Davenport LLC

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

**ADDITIONAL COUNSEL 11.** Herring & Irwin

CHARLES HERRING
cherring@herring-irwin.com

**ADDITIONAL COUNSEL 12.** Clinesmith Wooten Smith

Dawn Smith
dawn@clinesmithwootensmith.com

**ADDITIONAL COUNSEL 13.** Law Office of Chris Knox

Chris Knox
chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX 75202
Phone: 214-741-7474

**ADDITIONAL COUNSEL 14.** Law Office of Nicole Knox

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX 75204
Phone: 214-740-9955

**ADDITIONAL COUNSEL 15.** Law Office of Bill Knox

William T. "Bill" Knox

900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-522-0000

        **ADDITIONAL COUNSEL 16.**    Baker Botts LLP

George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com

        **ADDITIONAL COUNSEL 17.**    ROYCE WEST

Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399