IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:14-CV-3962-P |
| | § | |
| MCKOOL SMITH, P.C., et al | § | |
| | § | |
| Defendants. | § | |

## ORDER

The above-reference case is TRANSFERRED to the docket of the Honorable David C. Godbey.

**IT IS SO ORDERED.**

Signed this 10th day of November, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE