IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-3962-N |
| | § | |
| MCKOOL SMITH PC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses Defendant McKool Smith PC's motion to seal [4]. Pending disposition on the merits of the motion, the Court orders that all further filings in this case be made under seal and that all items previously docketed in this case be sealed, with the exception of this Order.

Signed November 10, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE