**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS,**

        **Plaintiff,**

**v.**                                                     **Case No. 3:14-CV-3962-P-BH**

**MCKOOL SMITH, P.C., et al,**

        **Defendants.**

<u>**ORDER**</u>

The above-reference case is **TRANSFERRED** to the docket of the Honorable Renèe Harris Toliver.

**IT IS SO ORDERED**.

Signed this November 14, 2014.

_David C. Godbey_
David C. Godbey
United States District Judge